[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-11310
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 12, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00400-CR-T-17-MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAZARO FREGEL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 12, 2006)**

Before ANDERSON, BIRCH and COX, Circuit Judges.

PER CURIAM:

Thomas Ostrander, appointed counsel for Lazaro Fregel in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Fregel's conviction and sentence are **AFFIRMED.**  Fregel's motion for enlargement of time in which to file a brief is **DENIED.**